IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EMELINA WEBBER, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs. | No. 7:22-cv-7165-NSR |
| **ASCOLILLO, INC., and MARCO LOUIS ASCOLILLO** | **DEFENDANTS** |

## JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days of the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**EMELINA WEBBER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

*/s/ Sean Short*
Sean Short (admitted *Pro Hac Vice*)
Ark. Bar No. 2015079
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com

and   **ASCOLILLO, INC., and MARCO LUIS ASCOLILLO, DEFENDANTS**

*/s/ Matthew Persanis*
Matthew Persanis, Esq.
ELEFANTE & PERSANIS, LLP
141 Hillside Place
Eastchester, New York 10709
Telephone: (914) 961-4400
Facsimile: (914) 961-4402
mp@elefantepersanis.com