IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**EMELINA WEBBER, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 7:22-cv-7165-NSR

**ASCOLILLO, INC., and**            **DEFENDANTS**
**MARCO LOUIS ASCOLILLO**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

           Respectfully submitted,

           **EMELINA WEBBER, Individually**
           **and on Behalf of All Others**
           **Similarly Situated, PLAINTIFF**

           */s/ Sean Short*
           Sean Short (admitted *Pro Hac Vice*)
           Ark. Bar No. 2015079
           SANFORD LAW FIRM, PLLC
           Kirkpatrick Plaza
           10800 Financial Centre Pkwy, Suite 510
           Little Rock, Arkansas 72211
           Telephone: (501) 221-0088
           Facsimile: (888) 787-2040
           sean@sanfordlawfirm.com

Page 1 of 2
Emelina Webber, et al. v. Ascolillo, Inc., et al.
U.S.D.C. (S.D.N.Y.) Case No. 7:22-cv-7165-NSR
Joint Stipulation of Dismissal with Prejudice

and    ASCOLILLO, INC., and MARCO LUIS ASCOLILLO, DEFENDANTS

/s/ _____
Matthew Persanis, Esq.
ELEFANTE & PERSANIS, LLP
141 Hillside Place
Eastchester, New York 10709
Telephone: (914) 961-4400
Facsimile: (914) 961-4402
mp@elefantepersanis.com

Page 2 of 2
Emelina Webber, et al. v. Ascolillo, Inc., et al.
U.S.D.C. (S.D.N.Y.) Case No. 7:22-cv-7165-NSR
Joint Stipulation of Dismissal with Prejudice